THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY C. SNYDER, Appellant. [887 NYS2d 925]—Appeal from a resentence of the Livingston County Court (Dennis S. Cohen, J.), rendered August 21, 2008. Defendant was resentenced upon his conviction of course of sexual conduct against a child in the first degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

KAREN MCGRATH et al., Respondents, v TOWN OF IRONDEQUOIT, Appellant. [887 NYS2d 893]—Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered August 28, 2008. The order granted the motion of plaintiffs to take the oral deposition of a nonparty witness.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see* CPLR 3101 [d] [1] [iii]; *Brooklyn Floor Maintenance Co. v Providence Washington Ins. Co.*, 296 AD2d 520, 521-522 [2002]). Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.